IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19CR114 |
| v. | |
| KAN TAP, | ORDER |
| Defendant. | |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 29) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) against Kan Tap. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 29) is granted.
2. The Indictment (Filing No. 1) against Kan Tap is dismissed without prejudice.

Dated this 27th day of June 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge